563 U.S. 983, 131 S. Ct. 2888, 179 L. Ed. 2d 1204, 2011 U.S. LEXIS 3523.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 10-9832. Andrew M. Kosack, Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2891, 179 L. Ed. 2d 1204, 2011 U.S. LEXIS 3413.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9844. Duong-Cam Tran, Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2892, 179 L. Ed. 2d 1204, 2011 U.S. LEXIS 3441.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 10-9849. Richard Allen Smith, Jr., Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2893, 179 L. Ed. 2d 1204, 2011 U.S. LEXIS 3484.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 396 Fed. Appx. 924.

**No. 10-9882. Rhonda J. Turpin, Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2895, 179 L. Ed. 2d 1204, 2011 U.S. LEXIS 3406,

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-1057. In re Arthur O. Armstrong, Petitioner.**

563 U.S. 973, 131 S. Ct. 2875, 179 L. Ed. 2d 1204, 2011 U.S. LEXIS 3384.

May 2, 2011. Petition for writ of mandamus denied.

**No. 10-7797. Jesse Ray Anderson, Petitioner v. Sam Cline, Warden, et al.**

563 U.S. 983, 131 S. Ct. 2899, 179 L. Ed. 2d 1204, 2011 U.S. LEXIS 3505.

May 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1227, 131 S. Ct. 1484, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1451.